# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| STEPHEN P. KELLY,<br><br>Plaintiff,<br><br>vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation; KYLE SPENCER, in his official capacity; and ALAN HANSEN, in his official capacity,<br><br>Defendants. | **CV 20-56-BU-BMM**<br><br><br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

Plaintiff Stephen P. Kelly (Kelly) has filed this action pro se. Doc. 2. Kelly alleges that the Defendants have refused to terminate his membership in The Church of Jesus Christ of Latter-Day Saints, and have deprived him of his official church records. *Id*. at 15-16. Kelly seeks declaratory relief, injunctive relief and damages. *Id*. at 2. Kelly has invoked this Court's diversity jurisdiction under 28 U.S.C. § 1332. *Id*. at 5.

United States Magistrate Judge John T. Johnston issued a Findings and Recommendations on January 22, 2021. Doc. 10. Judge Johnston determined that Kelly had failed to plead diversity jurisdiction properly. *Id*. at 2. Kelly did not file objections to Judge Johnston's Findings and Recommendations. Instead, Kelly filed

an Amended Complaint resolving the deficiencies of the original complaint. Doc. 12.

**IT IS HEREBY ORDERED**:

1. Judge Johnston's Findings and Recommendations (Doc. 10) are **ADOPTED** in full.

Dated the 1st day of March, 2021.

Brian Morris, Chief District Judge
United States District Court